**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN N. B., ) | NO. ED CV 20-2386-E |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY ADJUDGED that the Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: December 9, 2021.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE